IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK S. LEWIS                                                                                    PLAINTIFF

v.                          Case No: 3:17-cv-00196-KGB/JTK

GRIMES, *et al.*,                                                                              DEFENDANTS

**ORDER**

The Court has received a Proposed Findings and Recommendations filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). On August 7, 2017, Judge Kearney ordered plaintiff Mark Lewis to submit either the filing fee or an *in forma pauperis* motion by September 6, 2017 (Dkt. No. 2). Mr. Lewis has not filed objections to the Proposed Findings and Recommendations. Judge Kearney recommends the dismissal of Mr. Lewis' complaint for lack of prosecution because Mr. Lewis did not submit the filing fee or an *in forma pauperis* motion prior to the deadline.

Since the Proposed Findings and Recommendations were filed, Mr. Lewis filed an *in forma pauperis* motion (Dkt. No. 10) and several notices that his address has changed during the pendency of this suit (Dkt. Nos. 5, 6, 12). For good cause shown, and as Mr. Lewis has submitted an *in forma pauperis* motion, the Court declines to adopt the Proposed Findings and Recommendations (Dkt. No. 3) and refers this matter to Judge Kearney for further consideration.

So ordered this the 5th day of March, 2018.

_____
Kristine G. Baker
United States District Judge