# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARK S. LEWIS,
ADC #650548                                                                      PLAINTIFF

v.                          Case No. 3:17-cv-00196-KGB-JTK

GRIMES, *et al*                                                                  DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendations filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 21). Plaintiff Mark S. Lewis filed objections to the Proposed Findings and Recommendations (Dkt. No. 22). After review of the Proposed Findings and Recommendations and Mr. Lewis's objections, as well as a *de novo* review of the record, this Court declines to adopt the Proposed Findings and Recommendations (Dkt. No. 21).

In a prior Order, Judge Kearney directed Mr. Lewis to file an amended complaint that states: (1) the name of each individual personally involved in the actions at issue in the complaint; (2) how each individual was personally involved in those actions; (3) how each individual violated the plaintiff's constitutional rights; (4) how plaintiff was harmed; and (5) whether plaintiff was incarcerated as a pretrial detainee (Dkt. No. 16, at 4). Mr. Lewis did not file an amended complaint. Accordingly, in the Proposed Findings and Recommendations currently before this Court, Judge Kearney correctly found that Mr. Lewis did not state a claim upon which relief may be granted because "[p]laintiff's mere allegation . . . that one of the defendants jerked his arm is not sufficient to support an excessive force claim." (*Id*., at 5).

In his objections, however, Mr. Lewis asserts that, "Mr. Grimes came and jerked my arm through . . . ." (Dkt. No. 22, at 1). Mr. Lewis also alleges in his objections that he has not received all correspondence from the Court (*Id*.). Because Mr. Lewis has identified the defendant whom

he alleges used excessive force, the Court declines to adopt the Proposed Findings and Recommendations. Instead, the Court directs Mr. Lewis to file an amended complaint within 30 days of the entry of this Order that includes the information previously sought by Judge Kearney, some of which Mr. Lewis appears to have included in his objections. Failure to file an amended complaint within 30 days of the entry of this Order that complies with the terms of this Order may result in dismissal without prejudice of this case.[1]

So ordered this 5th day of July, 2018.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge

---

[1] It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure. Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas 7(c)(2).