IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK S. LEWIS,
ADC #650548                                                                                          PLAINTIFF

v.                                          3:17CV00196-KGB-JTK

OFFICER GRIMES, et al.                                                                          DEFENDANTS

**ORDER**

Plaintiff has submitted an Amended Complaint (Doc. No. 27) pursuant to the Court's July 5, 2018 Order (Doc. No. 23). Having reviewed the Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate with respect to Plaintiff's excessive force claim against Defendant Officer Grimes. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendant Officer Grimes, Craighead County Detention Facility. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 27) and summons on Defendant Officer Grimes in care of the Craighead County Detention Facility, 901 Willett Road, Jonesboro, Arkansas 72401, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 10th day of August, 2018.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).