IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK S. LEWIS,
ADC #650548     PLAINTIFF

v.     3:17CV00196-KGB-JTK

OFFICER GRIMES, et al.     DEFENDANTS

**ORDER**

On August 10, 2018, this Court directed the issuance of summons and service of Plaintiff's Amended Complaint on Defendant Officer Grimes (Doc. No. 29). As of this date, summons has not been returned, either executed or unexecuted. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendant Officer Grimes, Craighead County Detention Facility. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 27) and summons on Defendant Officer Grimes in care of the Craighead County Detention Facility, 901 Willett Road, Jonesboro, Arkansas 72401, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 25th day of October, 2018.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE