IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK S. LEWIS,
ADC #650548                                                                           PLAINTIFF

v.                                    Case No. 3:17-cv-00196-KGB-JJV

GRIMES, *et al*                                                                       DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendations filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 28). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses without prejudice plaintiff Mark Lewis' claims against defendants Smith, Young, and Does for failure to state a claim (*Id.*). Mr. Lewis may proceed with his remaining claims.

So ordered this 26th day of October, 2018.

                                                 Kristine G. Baker
                                                 United States District Judge