# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARK S. LEWIS,                                                                                    PLAINTIFF
ADC #650548

v.                                          3:17CV00196-KGB-JTK

GRIMES, et al.                                                                                   DEFENDANTS

## ORDER

Plaintiff filed this action on August 2, 2017, and summons issued to Defendant Grimes on October 25, 2018 was returned, unexecuted, on November 6, 2018 (Doc. Nos. 30, 32).

According to FED.R.CIV.P. 4(m), a Defendant must be served within 90 days of the filing of the Complaint, and **after notice to the plaintiff**, the Court "must dismiss the action without prejudice against that Defendant or order that service be made within a specified time..." Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall provide the Court with Defendant Grimes' last-known address within sixty days of the date of this Order. Failure to provide such or obtain service on Defendant within that time period shall result in the dismissal of Plaintiff's Complaint.[1]

IT IS SO ORDERED this 8th day of November, 2018.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Grimes is the only remaining Defendant. (See Doc. No. 31).