# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

MARK S. LEWIS,
ADC #650548                                                                                                                                                                                                  PLAINTIFF

v.                                                  3:17CV00196-KGB-JTK

GRIMES, et al.                                                                                                                                                                                                           DEFENDANTS

## **ORDER**

Plaintiff has responded to the Court's November 8, 2018 Order, stating that Defendant Grimes' last-known address is the Greene County Detention Center, and not the Craighead County Detention Center. (Doc. No. 34) Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Officer Grimes and the United States Marshal shall serve a copy of the summons and Amended Complaint (Doc. No. 27) on Defendant Grimes in care of the Greene County Detention Center, 1809 N. Rockingchair Road, Paragould, Arkansas 72450, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 29th day of November, 2018.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE