# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARK S. LEWIS**  **PLAINTIFF**
ADC #650548

v.  Case No. 3:17-cv-00196-KGB

**GRIMES, Officer**  **DEFENDANT**

## ORDER

The Court has received Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 46). No objections have been filed, and the time for filing objections has passed. The Court adopts the Proposed Findings and Recommendations as its findings in all respects (*Id.*). Accordingly, the Court dismisses without prejudice plaintiff Mark Lewis' amended complaint for failure to prosecute (Dkt. No. 27). The Court also denies as moot Officer Grimes' motion to set aside service of process (Dkt. No. 38).

So ordered this the 29th day of August 2019.

_____
Kristine G. Baker
United States District Judge