IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK S. LEWIS                                                                                          PLAINTIFF
ADC #650548

v.                          Case No. 3:17-cv-00196-KGB

GRIMES, Officer                                                                                       DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice. The relief requested is denied.

So adjudged this 29th day of August 2019.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge